MORNINGSIDE HEIGHTS LEGAL SERVICES, INC.
JEROME GREENE HALL
435 WEST 116TH STREET
BOX #C-16
NEW YORK, NY 10027
212/854-4291

May 13, 2014

Catherine O'Hagan Wolfe
Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>Lewis v. Commissioner, Docket No. 14-193pr</u>

Dear Ms. Wolfe:

    I write pursuant to Local Rule 31.2(a)(1)(B) to request a filing date of July 30, 2014 for the appellee's brief. That date is within 91 days of the initial filing of appellant's brief on April 30, 2014.

    Thank you for your attention to this matter.

Sincerely,

Brett ~~Dignam~~
Counsel for Appellee Scott Lewis

CC: Assistant State's Attorney Michael Proto