United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: September 17, 2014
Docket #: 14-193pr
Short Title: Lewis v. Commissioner

DC Docket #: 03-cv-196
DC Court: CT (NEW HAVEN)
DC Judge: Haight

## NOTICE OF HEARING DATE

**Argument Date/Time:**  Wednesday, October 22, 2014 at 11:00 a.m.
**Location:**  Richard C. Lee, U.S. Courthouse, 141 Church Street, New Haven, CT 06510, Courtroom #1

**Time Allotment:**  15 minutes per side.


Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

-----------------------------------------------------------------------------------------------------
**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Brett Dignam
Firm Name (if applicable): Morningside Heights Legal Services, Inc.
Current Telephone Number: (212) 854-6944

The above named attorney represents:
( ) Appellant/Petitioner    (X) Appellee-Petitioner ( )    Intervenor

Date: ___9/23/2014_____    Signature: _Brett Dignam_____